UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-01705-LJM-TAB |
| | ) |
| ELI LILLY & COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON APRIL 28, 2011, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel and Defendant appeared by counsel April 28, 2011, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Counsel shall file a proposed Case Management Plan by May 12, 2011. Counsel shall confer to determine which of the cases assigned to this Magistrate Judge, if any, that was formerly part of the Welch purported class action might be appropriate for an early settlement conference. The proposed CMP for that case shall reflect this fact and the proposed timing of such a conference.

The Plaintiff's motion for leave to amend [Docket No. 18] is denied. While the Court is well aware that leave to amend should be freely granted, this does not equate to carte blanche amendments, and this is essentially what the Plaintiff is seeking. The deadline for amendments has long since passed, and as Defendant points out the Court has, in part, denied prior amendment attempts for being untimely. [Docket No. 21 at 2.] This does not mean that no amendments will ever be permitted in this case or its companion cases, but the amendment

sought here is primarily to add a claim regarding an allegedly inappropriately negative and retaliatory reference. This claim arose one to two years after Plaintiff's termination in early 2005. Plaintiff already has been deposed. Allowing the untimely amendment under these circumstances would be unfair and prejudicial to the Defendant. At the status conference Plaintiff offered no good cause for the delay in seeking this amendment. To the extent Plaintiff seeks to amend merely to correct some numbering errors, Plaintiff may file a renewed motion solely for this purpose.

Dated: 05/03/2011

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Ellen E. Boshkoff
BAKER & DANIELS
ellen.boshkoff@bakerd.com

Sharon Yvette Eubanks
SANFORD WITTELS & HEISLER LLP
seubanks@swhlegal.com

Rozlyn M. Fulgoni-Britton
BAKER & DANIELS - Indianapolis
rozlyn.fulgoni-britton@bakerd.com

Jamenda A. McCoy
BAKER & DANIELS LLP-Chicago
jamenda.mccoy@bakerd.com

Kristen L. Walsh
SANFORD WITTELS & HEISLER, LLP
kwalsh@swhlegal.com